FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>G-I HOLDINGS, INC., et al. (f/k/a GAF CORPORATION.)<br><br>      Debtor. | **O R D E R**<br><br>Civil No. 02-3626<br>(WGB) |
| G-I HOLDINGS, INC.,(f/k/a GAF Corp.), BUILDING MATERIALS CORPORATION OF AMERICA, BUILDING MATERIALS INVESTMENT CORPORATION, AND BUILDING MATERIALS MANUFACTURING CORPORATION,<br><br>      Plaintiff(s),<br><br>v.<br><br>RUDDLES A. BENNET, JR. et al.,<br><br>      Defendant(s). | Bankr. Case Nos.<br>01-30135 (RG)<br>01-38790 (RG)<br>(Jointly Administered)<br><br>Adv. Pro. No.<br>01-3066(RG) |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS,<br><br>      Counterclaimant,<br><br>v.<br><br>G-I HOLDINGS, INC.,(f/k/a GAF Corp.), BUILDING MATERIALS CORPORATION OF AMERICA, BUILDING MATERIALS INVESTMENT CORPORATION, AND BUILDING MATERIALS MANUFACTURING CORPORATION,<br><br>      Counterdefendant(s). | |

     This matter having come before the Court on the motion of Plaintiffs G-I HOLDINGS, INC.,(f/k/a GAF Corp.), BUILDING

MATERIALS CORPORATION OF AMERICA, BUILDING MATERIALS INVESTMENT CORPORATION, and BUILDING MATERIALS MANUFACTURING CORPORATION ("Plaintiffs") to strike the jury demand; and

The Court having considered the submissions of the parties; and

The Court having held oral argument on February 24, 2005; and

For the reasons set forth in the Court's Opinion issued this day; and

For good cause shown;

It is on this 5th day of August, 2005 ORDERED that Plaintiffs' motion to strike the jury demand is **denied**. Defendants are entitled to a jury trial on the issues of successor liability and alter ego/piercing the corporate veil.

                                                                      /s/ William G. Bassler
                                                           WILLIAM G. BASSLER, U.S.S.D.J.